JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A. HART, ) | Case No. ED CV 06-01233 (JCR) |
| Plaintiff, ) ) | |
| v. ) | JUDGMENT |
| MICHAEL J. ASTRUE,[1] ) Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this matter is dismissed with prejudice.

DATED: January 30, 2008

_____
JOHN C. RAYBURN, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Thus, Michael J. Astrue is substituted for Commissioner Jo Anne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d)(1).